USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 12/5/2023

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

KEVIN YAN LUIS,

      Plaintiff,

-against-

SALON COMMODITIES, LTD,

      Defendant.

23-CV-6271 (DEH) (BCM)

**ORDER**

**BARBARA MOSES, United States Magistrate Judge.**

Plaintiff Kevin Yan Luis filed his complaint on July 20, 2023 (Dkt. 1), and served defendant Salon Commodities, LLC on November 7, 2023, making defendant's answer due November 28, 2023. (Dkt. 13.) Defendant has not appeared through counsel and no answer has been filed. Nor has plaintiff requested a certificate of default.

It is hereby ORDERED that, if defendant has not answered or otherwise responded to the complaint before **December 19, 2023**, plaintiff shall, on that date, either file a stipulation granting defendant additional time or apply for entry of default.

Dated: New York, New York
       December 5, 2023

SO ORDERED.

_____
**BARBARA MOSES**
**United States Magistrate Judge**