UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

KEVIN YAN LUIS,

                              Plaintiff(s),

                    v.                                    23-CV-6271 (DEH)

SALON COMMODITIES, LTD,                      <u>ORDER OF DISMISSAL</u>

                              Defendant(s).

DALE E. HO, United States District Judge:

On December 19, 2023, Plaintiff filed a motion for a default judgment under Federal Rule of Civil Procedure 55(b)(2) and Local Civil Rule 55.2(b). *See* ECF No. 16.

It is hereby ORDERED that Defendant shall file any opposition to the motion for default judgment by **<u>January 19, 2024</u>**. Defendant is cautioned that corporate entities may appear in federal court only through licensed counsel, *see Lattanzio v. COMTA*, 481 F.3d 137, 140 (2d Cir. 2007), and where such an entity "repeatedly fails to appear by counsel, a default judgment may be entered against it," *Grace v. Bank Leumi Tr. Co. of N.Y.*, 443 F.3d 180, 192 (2d Cir. 2006) (internal quotation marks omitted).

It is further ORDERED that Defendant appear and show cause before this Court on **<u>February 27, 2024, at 10:30 a.m. EST</u>**, why an order should not be issued granting a default judgment against Defendant. Unless and until the Court orders otherwise, the conference will be held remotely by telephone. The parties should join the conference by calling the Court's dedicated conference line at (646) 453-4442 and using access code 276 758 453, followed by the pound (#) key. **<u>By February 20, 2024</u>**, Plaintiff must file the proposed default judgment order electronically, using the ECF Filing Event "Proposed Default Judgment," for the Clerk's approval.

In the event that Defendant appears or opposes the motion for default judgment prior to that date, the parties shall prepare to treat that conference as the initial pretrial conference. That is, if Defendant appears, opposes the motion, or seeks a *nunc pro tunc* extension of time to respond to the complaint, then the parties — including Defendant — shall follow the pre-conference procedures, including by submitting a joint status letter and a proposed case management plan no later than the Thursday prior to the conference. The parties shall use this Court's form Proposed Civil Case Management Plan and Scheduling Order, which is also available at: https://nysd.uscourts.gov/hon-dale-e-ho.

It is further ORDERED that Plaintiff serve Defendant via Federal Express with (1) a copy of the motion for default judgment and all supporting papers; and (2) a copy of this Order **within three business days of the filing of each document**. In each case, within **four business days of service,** Plaintiff must file proof of such service on the docket.

SO ORDERED.

Dated: December 20, 2023
       New York, New York

_____
        DALE E. HO
        United States District Judge