UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| KEVIN YAN LUIS,<br><br>                Plaintiff(s),<br><br>v.<br><br>SALON COMMODITIES, LTD.,<br><br>                Defendant(s). | 23-CV-6271 (DEH)<br><br>ORDER |

DALE E. HO, United States District Judge:

On December 19, 2023, Plaintiff filed a Motion for Entry of Default (ECF. No. 16). On December 20, 2023 (ECF No. 18), this Court ordered Defendant to file an Opposition to the Motion for Default Judgment by January 19, 2024, and appear for a show-cause hearing on February 27, 2024. On December 22, 2023 (ECF No. 19), Defendant's attorney entered a Notice of Appearance. On January 18, 2024 (ECF No. 22), Defendant filed an Opposition to the Motion for Default Judgment.

It is hereby **ORDERED** that Plaintiff's Motion for Entry of Default (ECF. No. 16) is moot. The deadline outlined in the December 20, 2023 Order and the February 27, 2024 hearing is **CANCELLED**. Defendant shall file an Answer to the Complaint (ECF No. 1) by **February 20, 2024**.

The Clerk of Court is respectfully requested to close ECF No. 16.

SO ORDERED.

Dated: January 19, 2024
       New York, New York

                                                      DALE E. HO
                                            United States District Judge