```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 3/25/2024
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

KEVIN YAN LUIS,

    Plaintiff,

-against-

SALON COMMODITIES, LTD,

    Defendant.

23-CV-6271 (DEH) (BCM)

**ORDER**

**BARBARA MOSES, United States Magistrate Judge.**

    After plaintiff Kevin Yan Luis served defendant Salon Commodities, Ltd. with a copy of his summons and complaint on November 7, 2023 (Dkt. 13), and defendant failed to answer or otherwise respond to the complaint, plaintiff filed a motion for a default judgment on December 19, 2023. (Dkt. 16.) Defendant then appeared through counsel and opposed the motion (Dkt. 22), and on January 19, 2024, the Court denied plaintiff's motion as moot and ordered defendant to respond to the complaint no later than February 20, 2024. (Dkt. 23.) Defendant failed to do so, and failed to request an extension of time to do so until February 22, 2024 (Dkt. 25), but nevertheless, the Court granted plaintiff until March 22, 2024 to respond to the complaint, warning that "[n]o further extensions will be granted absent compelling circumstances." (Dkt. 25.)

    Once again, defendant has failed to answer or otherwise respond to the complaint. Should defendant fail to do so by **March 29, 2024**, plaintiff may renew his motion for a default judgment.

Dated: New York, New York
       March 25, 2024

**SO ORDERED.**

_____
**BARBARA MOSES**
**United States Magistrate Judge**