**MEMO ENDORSED**

## The Law Office of Noor A. Saab

380 North Broadway, Penthouse West
Jericho, New York 11753
Tel: 718-740-5060 * Fax: 718-709-5912
Email: NoorASaabLaw@Gmail.com

April 26, 2024

**VIA ECF**
Honorable Judge Dale E. Ho
United States District Court
Southern District of New York
40 Foley Square, Courtroom 905
New York, NY 10007

Re:   **Kevin Yan Luis v. Salon Commodities, LTD. - Case No. 1:23-cv-06271-DEH-BCM**

To the Honorable Judge Dale E. Ho,

Plaintiff submits this letter-motion respectfully requesting an extension of the conditional dismissal order pursuant to Your Honors Order dated March 28, 2024. The parties have a settlement in principle but have yet to memorialize the agreement. Plaintiff respectfully requests a thirty (30) day extension of time of the conditional dismissal order from April 26, 2024 to May 24, 2024. This is the first request for this relief and is on consent of both parties.

The Plaintiff wishes to thank Your Honor and this Court for the time and attention to this matter.

Respectfully submitted,

*/s/ Noor A. Saab, Esq.*
*Attorney for Plaintiff*


Application **GRANTED**.

The parties shall have until **May 29, 2024** to apply to reopen this matter if settlement is not consummated.

The Clerk of Court is directed to close ECF No. 29.

SO ORDERED.

Dale E. Ho
United States District Judge
Dated: April 29, 2024
New York, New York